

**MIKELLE V. BLISS**
Attorney at Law

T (646)362-4058  F (646) 304-6092
mbliss@mcglinchey.com

McGlinchey Stafford PLLC
112 West 34th Street, Suite 1515
New York, NY 10120

January 14, 2021

Via ECF
Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:  Article 15 Lafayette LLC v. HSBC Bank USA National Association
     Case Number:  1:20-cv-05773-RPK-LB

Dear Magistrate Judge Bloom:

This office represents Defendant HSBC Bank USA National Association in the above referenced matter. An initial conference is scheduled for January 20, 2021 at 12 p.m. We are writing after conferring with Plaintiff's counsel to respectfully request that the initial conference be adjourned to February 24, 2021, on consent, to allow the parties to discuss the possibility of settlement. We further respectfully request that the deadline for the parties to exchange their Rule 26(a)(1) initial disclosures and file a 26(f) Meeting Report be extended to February 17, 2021.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Mikelle V. Bliss

MVB

CC: Danielle P. Light, Esq. via ECF
2929541.1

mcglinchey.com

Albany  Baton Rouge  Birmingham  Boston  Cleveland  Dallas  Fort Lauderdale  Houston
Irvine  Jackson  Jacksonville  Nashville  New Orleans  **New York City**  Washington, DC